UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JAMES ALLEN HAYES <br> Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) <br> Case No. CR 17-00653-FMO |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)    the appearance of defendant as required; and/or

    (B)  (X)    the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
<u>he does not pose a risk to himself or others due to his mental health and substance abuse.</u>

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
<u>he has unknown bail resources and unstable employment.</u>

IT IS ORDERED that defendant be detained.

DATED: <u>November 16, 2020</u>

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE